```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       EASTERN DIVISION
```

MICHAEL TORNES, #34620                                      PLAINTIFF

VERSUS                           CIVIL ACTION NO.  4:05cv153TSL-AGN

CHRISTOPHER EPPS, LARRY GREER,
FAYE NOEL, AND WILLIE H. BOOKERT                           DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 5th day of January, 2006.


                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE